■ ANTHONY MARINO, JR., et al. v KOREAN AIR LINES CO., LTD., et al. (And a Third-Party Action.) — All parties having stipulated to discontinue the action with prejudice before the submission of the appeal, reargument is granted, and, upon reargument, the order of this court entered on November 13, 1984 (105 AD2d 1168) is vacated and the appeal is dismissed with prejudice. Concur — Sandler, J. P., Asch, Silverman, Fein and Alexander, JJ.

(December 20, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND FORD, Appellant. — Upon remittitur of the Court of Appeals, the judgment, Supreme Court, New York County (Torres, J.), rendered on August 17, 1979, unanimously affirmed. No opinion. Concur — Murphy, P. J., Kupferman, Sandler and Milonas, JJ.

■ THOMAS STAVROUS, Appellant, v MICHELIN TIRE CORPORATION et al., Respondents. — Judgment, Supreme Court, New York County (Eugene Wolin, J.), entered on December 5, 1983, unanimously affirmed, without costs and without disbursements, and the appeal from the order of said court, entered on October 5, 1983 is unanimously dismissed as having been subsumed in the appeal from the aforesaid judgment, without costs and without disbursements. No opinion. Concur — Murphy P. J., Kupferman, Carro and Milonas, JJ.